UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMSON WOUBETU, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 22-3848  (UNA) |
| ) | |
| CHERNET YIGREM, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint alleges in vague terms that defendants "have refused" plaintiff, that "Priest Metenu . . . wants to kill" plaintiff, that "all priests have been threatening" plaintiff, and

that "other priests and Christian people" disrespect plaintiff. Compl. at 1. Further, it alleges that unidentified persons consider plaintiff to be "Satan." *Id.* Missing from the complaint, however, is a statement establishing a basis for this Court's jurisdiction and a demand for relief. Furthermore, there are so few factual allegations that defendants cannot reasonably be expected to identify the claim or claims brought against them, rendering them unable to prepare a proper response.

As drafted, the complaint fails to comply with the minimum pleading standard set forth in Rule 8(a) and, therefore, must be dismissed. A separate order will issue.

DATE: January 31, 2023                                                /s/
                                                                      CHRISTOPHER R. COOPER
                                                                      United States District Judge